Lidia ARAICA–GRANADOS, a.k.a.
Josefa Miriam Araica–Granados,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 09–73227.

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 8, 2011.

Enrique Ramirez, Law Office of Enrique Ramirez, San Francisco, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Daniel I. Smulow, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Lidia Araica–Granados, a native and citizen of Nicaragua, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her motion to reopen and to reconsider. We dismiss the petition for review.

Araica–Granados contends that she is prima facie eligible for a waiver under 8 U.S.C. § 1182(i) because her removal would cause extreme hardship to her United States citizen spouse. We lack jurisdiction to review the agency's denial of discretionary relief under 8 U.S.C. § 1182(i). See 8 U.S.C. § 1252(a)(2)(B)(i); Nath v. Gonzales, 467 F.3d 1185, 1188 (9th Cir. 2006).

PETITION FOR REVIEW DISMISSED.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

